IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GERALDINE PAULISON,<br><br>Plaintiff,<br><br>v.<br><br>TD AMERITRADE, INC.,<br><br>Defendant. | No. CV: 8:11-cv-00107<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

THIS MATTER came before the Court upon the parties' Stipulation for Dismissal with Prejudice, Filing No. 28, in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the parties' Stipulation for Dismissal with Prejudice is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, with each party to pay its own costs and attorney fees.

DATED this 27th day of March, 2012.

BY THE COURT

*s/ Joseph F. Bataillon*
United States District Court Judge

4837-9167-8735.1